# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN OHIO COAL COMPANY, <br><br> Defendant. | Civil Action No. 2:96-cv-97 |

## ORDER GRANTING JOINT MOTION TO TERMINATE CONSENT DECREE

This Court, having duly considered the Joint Motion to Terminate Amended Consent Decree, finds good cause for such Motion and hereby **ORDERS** and **ADJUDGES** as follows:

1. The Joint Motion to Terminate Amended Consent Decree is hereby **GRANTED**;

2. The Consent Decree in this matter is **TERMINATED**.

DATED this 26 day of Nov., 2018.

GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT